# ALABAMA COURT OF CRIMINAL APPEALS



December 5, 2025

**CR-2025-0432**
Justin Tyler Davidson v. State of Alabama (Appeal from Russell Circuit Court: CC-18-287.60)

## NOTICE

You are hereby notified that on December 5, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk